[Crim. No. 739.   First Appellate District.—March 25, 1918.]

## Ex Parte JAMES CARRERA on Habeas Corpus.

CRIMINAL LAW—INDETERMINATE SENTENCE—OFFENSE PRIOR TO ENACT-
MENT—PRONOUNCEMENT OF PROPER JUDGMENT.—Upon the authority
of *Ex parte Lee,* 177 Cal. 690, [171 Pac. 958], the petitioner
herein remanded to custody of sheriff for judgment by the superior
court upon his conviction.

APPLICATION for a Writ of Habeas Corpus originally
made to the District Court of Appeal for the First Appellate
District.

The facts are similar to those stated in the opinion in *Ex
parte Lee,* 177 Cal. 690, [171 Pac. 958].

Edwin V. McKenzie, and Hyman Levin, for Petitioner.

U. S. Webb, Attorney-General, and Frank L. Guerena,
Deputy Attorney-General, for Respondent.

THE COURT.—Pursuant to the case of *Ex parte Lee,*
177 Cal. 690, [171 Pac. 958], it is ordered that the warden
of the prison at San Quentin deliver the petitioner to the
sheriff of Los Angeles County, to whose custody he is re-
manded; and that the superior court of that county take
such steps as may be necessary to bring the petitioner, James
Carrera, before it, and pronounce judgment upon his con-
viction heretofore had.